[Nos. 34847-1-II; 34857-8-II.  Division Two.  August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSCOE KENDRICK JORDAN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-05986-2, Frederick W. Fleming, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34862-4-II.  Division Two.  August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H.N., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-8-00072-8, Robert L. Harris, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34949-3-II.  Division Two.  August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH EDWARD BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02697-1, Frank E. Cuthbertson, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34999-0-II.  Division Two.  August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL JOSEPH ANTUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01229-3, Robert L. Harris, J., entered May 25, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.